**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                        )
ASTROLABE, INC.                         )
                                        )
    Plaintiff                           )
                                        )
    v.                                  )   CIVIL ACTION NO: 11-CV-11725-GA0
                                        )
ARTHUR DAVID OLSON                      )
And PAUL EGGERT                         )
                                        )
    Defendants.                         )
_____ )

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE & WITHOSUT COST**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), please take notice that Plaintiff ASTROLABE, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action with prejudice, and without costs, as to Defendants ARTHUR DAVID OLSEN and PAUL EGGERT.

In connection with this NOTICE, the Plaintiff states that the Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

                                              Respectfully submitted,
                                              **ASTROLABE, INC.**
                                              By its attorney,

                                              */s/ Julie C. Molloy*
                                              Julie C. Molloy
                                              BBO #555176
                                              379 Route 6A
                                              East Sandwich, Massachusetts  026537
                                              (508) 833-3707
Dated:  February, 22, 2012                  jcourtmolloy@gmail.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, February 22, 2012, a true copy of this NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE & WITHOUT COSTS was served upon the following counsel of record for the Defendants by first class mail, postage prepaid, along with a courtesy copy by email:

Adam J. Kessel
FISH & RICHARDSON
One Marina Park Drive
Boston, Massachusetts 02210

Corynne McSherry
ELECTRONIC FREEDOM FOUNDATION
454 Shotwell Street
San Francisco, California 94110

                                          *Julie C. Molloy*_____
                                          Julie C. Molloy